UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------------X
UNITED STATES OF AMERICA,

                -v-

,        Ray Vela

                      Defendant(s).
------------------------------------------------------------------X

**CONSENT TO PROCEED BY TELECONFERENCE**

    -cr-    (  )

Defendant ____Ray Vela____ hereby voluntarily consents to participate in the following proceeding via ~~videoconferencing~~ Teleconferencing:

- [X] Initial Appearance/Appointment of Counsel

- [ ] Arraignment (If on Felony Information, Defendant Must Sign Separate Waiver of Indictment Form)

- [ ] Preliminary Hearing on Felony Complaint

- [ ] Bail/Revocation/Detention Hearing

- [ ] Status and/or Scheduling Conference

- [ ] Felony Plea/Trial/Sentence

_/s/ For Ray Vela_ _____
Defendant's Signature
(Judge may obtain verbal consent on
Record and Sign for Defendant)

_/s/_ _____
Defense Counsel's Signature

Ray Vela
_____
Print Defendant's Name

Ian Marcus Amelkin
_____
Print Defense Counsel's Name

This proceeding was conducted by reliable telephone conferencing technology and the dial-in information for the call was publicly available and provided to the press.

October 27, 2020
_____
Date

_____
U.S. Magistrate Judge – ONA T. WANG